AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Maurya Bharwad ) | Case No. |
| ) | 6:25-MJ-6011-HAI |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

**Eastern District of Kentucky**
**F I L E D**
Feb - 27 2025
Robert R. Carr
Clerk, U.S. District Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 31, 2025** in the county of **Knox** in the **Eastern** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(a)(6) | False Statement During Purchase of a Firearm |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Todd Tremaine w.p.b. Hanly A. Ingram, USMJ
*Complainant's signature*

Todd Tremaine, SSA
*Printed name and title*

Attested per Rule 4.1(b)(2)(A)
~~Sworn to before me and signed in my presence.~~

Date: **Feb 4, 2025**

*Judge's signature*

City and state: Lexington, Kentucky

Hanly A. Ingram, United States Magistrate Judge
*Printed name and title*