# Affidavit

* * * * * * * *

Todd E. Tremaine, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), United States Department of Justice, being duly sworn, depose and state as follows:

## I.  INTRODUCTION AND AGENT(S) BACKGROUND

1. I have been a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") since July 2001.  I am a graduate of the University of Kentucky, with a Bachelor of Science Degree in Accounting.  I have been assigned to the Lexington III Field Office, London Satellite Office, since June 2008.  Prior to this, I was assigned to the ATF Louisville I Group from July 2001 until June 2008.  In this capacity, I have investigated numerous cases involving firearms trafficking, explosives trafficking, contraband cigarette trafficking, armed drug trafficking, robbery, arson, and murder.  I have participated in the execution of search warrants and arrests related to these crimes. From February 2004 until February 2008, I was assigned to the Drug Enforcement Administration ("DEA") Louisville District Office ("DO") Task Force.  In this capacity I have investigated numerous complex narcotics cases and have participated in the execution of search warrants and arrests resulting from the distribution of controlled substances and the concealing of drug related assets.

2.      I have conducted or assisted in numerous criminal investigations of alleged violations of the National Firearms Act, Gun Control Act, and Controlled Substances Act.  Your Affiant has attended various training courses on firearms trafficking, drug trafficking, asset forfeiture, RICO and complex investigations, money laundering, and firearms offenses and the investigation thereof.  I am familiar with and/or have participated in all the normal methods of investigation, including but not limited to, visual surveillance, the questioning of witnesses, and the use of cooperating witnesses and/or confidential informants.

3.      As a result of my training and experience, I am familiar with Federal criminal laws and know that it is a violation of:

a) Title 18 U.S.C. § 922(a)(6), for any person in connection with the acquisition or attempted acquisition of a firearm from a licensed dealer, knowingly to make any false or fictitious oral or written statement or to furnish or exhibit any false, fictitious, or misrepresented identification, intended or likely to deceive such dealer with respect to any fact material to the lawfulness of the sale or other disposition of such firearm under the provisions of chapter 44.

4.      This Affiant has also spoken with officers with the Barbourville Police Department (BPD) Sgt. Adam Townsley and Immigration and Customs Enforcement (ICE) Special Agent Frank Keyton concerning their related investigations into this matter.

5.      On January 31, 2025, BPD was contacted by the owner of a retail firearm business and federal firearm licensee in Knox County.  The owner, hereinafter referred to as "the licensee", wished to report a suspicious person who attempted to purchase a firearm at his store on January 31, 2025.  The licensee stated an individual entered the

2

store just before closing on January 31, and inquired about purchasing an American-made firearm. The licensee showed the person a Smith and Wesson Shield Plus 9mm handgun. The person also inquired if the firearm could accept a high-capacity magazine. The individual then completed the ATF Form 4473 which was supplied by licensee. The individual produced a KY Operator's License and a United States Citizenship and Immigration Services (USCIS) employment authorization card. The name on the employment authorization card and the Kentucky Operator's license were identical, and the name on each form of identification was listed as MAURYA BHARWAD. The licensee verified the photograph of the person in both forms of identification as being the person in his store.

6. Your Affiant has spoken with the licensee who stated BHARWAD completed the ATF Form 4473 himself. Using the information provided by BHARWAD, the FFL submitted the information to the FBI's National Insta-Check System (NICS) for a background check. The FFL advised your affiant that he received a delay notification for the background check, which meant he could not proceed with the sale of the firearm to BHARWAD at that time. The licensee informed BHARWAD that he could not complete the sale tonight, and BHARWAD's behavior changed. The licensee advised BPD that BHARWAD said he needed the firearm "no matter what the government says". The licensee advised your Affiant that BHARWAD was adamant about leaving with the firearm that night. The licensee sated BHARWAD was holding the unloaded firearm and walked near the exit of the store. The licensee said he and another employee moved between BHARWAD and the door, and both the licensee and his employee put their

3

hands on their concealed handguns due to BHARWAD's erratic behavior. The licensee said he retrieved the firearm from BHARWAD and ushered him out the door.

7. The licensee has supplied a copy of the ATF Form 4473 to law enforcement, and your Affiant has reviewed this document. Your Affiant verified the name and date of birth matched the identification documents that BHARWAD supplied to the licensee. Your affiant also noted that BHARWAD listed his place of birth as India, and identified himself as a citizen of India. Your affiant further viewed BHARWAD's answer to question 21(f) on the Form 4473. The question states "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medical or recreational purposes in the state where you reside." To this question, BHARWAD checked the box for "No".

8. Sgt. Townsley was also aware that BHARWAD had been reported in recent weeks for exhibiting strange behavior at a local church. One member of the church, who is also a volunteer deputy sheriff, stated to BPD that it appeared to the member that BHARWAD was attempting to survey various rooms inside the church and was behaving in a strange manner. The member stated BHARWAD appeared to be acting nervous and was fidgeting.

9. Based on the information that Sgt. Townsley had, BPD reached out to officers in Bell County and asked them to be on the lookout for BHARWAD and his vehicle. At that time, BPD was in the process of obtaining an arrest warrant for

BHARWAD for charges stemming from his behavior with the licensee. Officers located BHARWAD's vehicle travelling on U.S. 25E in Bell County, and they attempted to make a traffic stop. The operator of the vehicle refused to stop for a short distance, and ultimately pulled into a business parking lot. The operator did not respond to law enforcement commands and appeared to be moving in the vehicle. Law enforcement deployed rubber ammunition rounds at the glass of the driver's window due to the windows being tinted, in an attempt to obtain a clear view of the operator of the vehicle. The operator then exited the vehicle and struggled with officers as they attempted to handcuff him for officer safety. The operator was ultimately taken into custody and was positively identified as being BHARWAD. BHARWAD admitted to the officers on scene, to include Sgt. Townsley, that he had been smoking marijuana. BHARWAD was arrested for DUI and for charges out of Knox County stemming from the incident at the licensee's business.

10.     Sgt. Townsley and ICE Special Agent Frank Keyton interviewed BHARWAD at the Barbourville Police Department. The interview was recorded and BHARWAD was advised of his Constitutional rights. BHARWAD agreed to speak with the officers. BHARWAD stated he was addicted to marijuana and had answered the question on the ATF Form 4473 falsely in hopes of obtaining the firearm. BHARWAD stated he was high at the time he attempted to purchase the firearm.

11.     BHARWAD was asked if he had searched anything about firearms on his cell phone, and he stated he had not searched for anything about guns. BHARWAD stated he had searched for "how to make a bomb" at some point and stated he had a plan

5

to use a bomb in the tunnels located in New York City and shut the city down. When asked why he wanted to do this, BHARWAD stated something bad happened to him in New York. BHARWAD said he had thoughts in his head to commit crimes.

12. BHARWAD also admitted that his current immigration status in the United States was not legal. BHARWAD indicated that he was "out of status" on his student F-1 Visa, and SA Keyton has confirmed that to be accurate.

13. Law enforcement conducted a search warrant at BHARWAD's residence in Bell County. Officers located marijuana residue at his residence.

14. Your Affiant knows that the licensee referenced in this affidavit is a current federal firearm licensee with ATF, and is subject to the regulations outlined for Federal Firearms Licensees as outlined in thin Chapter 44 of the United States Code.

## CONCLUSION

15. Based on my training and experience, along with the information set forth in this affidavit, your Affiant believes there is probable cause to believe that on January 31, 2025, MAURYA BHARWAD did knowingly make a false written statement in connection with the attempted acquisition of a firearm from a licensed dealer, and intended to deceive the dealer with respect to a fact material to the lawfulness of the sale of a firearm under the provisions of chapter 44, in Knox County, KY, Eastern District of Kentucky, in violation of Title 18 U.S.C. § 922(a)(6).

/s/ Todd E. Tremaine w.p.b. Hanly A. Ingram, USMJ
Todd E. Tremaine
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Attested remotely per Rule 4.1(b)(2)(A) this __4th_ day of February, 2025.

_____
HON. HANLY A. INGRAM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY